IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JAIME MICHELLE GLOVER,

    Plaintiff,

v.                                                       Civil Action No. 3:23-cv-00234

MARTIN J. O'MALLEY,
Commissioner of Social Security,

    Defendant.

## JUDGMENT ORDER

AND NOW, this 21st day of May, 2024, the Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g),

IT IS FURTHER ORDERED that the final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure, and this matter is DISMISSED.

                                                      BY THE COURT:

                                                      _____
                                                      J.